

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

SHAWN PATRICK REGAN
DIRECT DIAL: 212 • 309 • 1046
EMAIL: sregan@HuntonAK.com

FILE NO: 128177.01

October 10, 2024

**Via ECF**

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re:   *Dowling, et al. v. Sterling Mets, L.P. and DOES 1-10,* 1:24-cv-7092-VMS

Dear Magistrate Judge Scanlon:

We represent Sterling Mets, L.P. in this action, which was removed from state court to federal court on September 8, 2024.

Pursuant to Paragraph (4) of Administrative Order No. 2023-23, we submit this letter informing the Court that: (i) Defendant anticipates a motion being filed pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the Complaint and (ii) all parties have not consented to the jurisdiction of the Magistrate Judge.

Accordingly, we respectfully request that a District Judge be assigned to this case.

Respectfully,

Shawn Patrick Regan

cc:  Counsel of Record