**Sterlington**

JUNE 13, 2025

**VIA ECF**

Hon. Kiyo A. Matsumoto, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Dowling, et al. v. Queens Ballpark, L.L.C.*, 1:24-cv-07092-KAM-VMS

Dear Judge Matsumoto:

    Together with Pollock Cohen LLP, we represent lead plaintiff Chris Dowling and the proposed class in the above-referenced matter. We write on behalf of all counsel to provide Your Honor with a status report pursuant to the Court's Docket Text Order entered May 20, 2025.

    The parties have conferred but have been unable to reach a resolution. Accordingly, the parties intend to proceed with briefing on a motion to dismiss and respectfully propose the following schedule:

- Defendant's Motion to Dismiss: August 11, 2025
- Plaintiff's Opposition to Motion to Dismiss: October 10, 2025
- Defendant's Reply in Further Support of Motion to Dismiss: November 10, 2025

The parties are available for a conference if the Court has any questions or prefers to set other deadlines.

    Sincerely,

    */s/ Jennifer S. Czeisler*

    Jennifer S. Czeisler

cc: All Counsel of Record (via ECF)