UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS DOWLING, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff,*<br><br>  v.<br><br>QUEENS BALLPARK COMPANY, L.L.C. and DOES 1-10,<br><br>        *Defendants.* | Case No. 1:24-cv-07092-KAM-VMS |

**NOTICE OF MOTION TO DISMISS**
**THE CORRECTED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the Defendant's Memorandum of Law in Support of Motion to Dismiss, served on July 21, 2025, pursuant to the Court's Individual Rule C(1)(a), and all prior pleadings and proceedings heretofore had herein, Defendant Queens Ballpark Company, L.L.C., by its undersigned attorneys respectfully moves this Court for an Order:

A) granting Defendant's motion to dismiss the Corrected Amended Complaint pursuant to FRCP Rule 12(b)(6); and

B) for such other and further relief as this Court deems just and proper.

This motion is submitted to be heard at a time to be determined by this Court, or as soon thereafter as counsel can be heard.

Dated: July 21, 2025

            Respectfully submitted,

            By:  *Shawn Patrick Regan*
              Shawn Patrick Regan
              Sarah F. Spellman
              Hunton Andrews Kurth LLP
              200 Park Avenue, 52nd Floor
              New York, NY 10166
              (212) 309-1046

sregan@hunton.com
sspellman@hunton.com

Neil K. Gilman (admitted *pro hac vice*)
Nicholas S. Drews (admitted *pro hac vice*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
(202) 955-1674
ngilman@hunton.com
ndrews@hunton.com

*Attorneys for Defendant Queens Ballpark Company, L.L.C.*

TO: Jennifer Czeisler*
jen.czeisler@sterlingtonlaw.com
Edward Ciolko*
edward.ciolko@sterlingtonlaw.com
**STERLINGTON, PLLC**
One World Trade Center
New York, New York 10004
Tel.: 212-433-2995

Blake Hunter Yagman
byagman@shnlegal.com *(Inactive)*
**Leeds Brown Law, P.C.**
One Old Country Road
Ste 347
Carle Place, NY 11514
Tel.: (929) 709-1493

Adam Pollock
Adam@PollockCohen.com
Anna Menkova
Anna@PollockCohen.com
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Tel.: (212) 337-5361

Albert Fox Cahn
**CAIR-NY**
46-01 20th Avenue
Queens, NY 11105
albert@stopspying.org
Tel.: (646) 665-7599

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I served a copy of the foregoing on all counsel of record registered with the Court's ECF system, by email.

/s/ *Shawn Patrick Regan*
Shawn Patrick Regan